William Taylor, appellee, v. Mary F. Tothill, appellant. Gen. No. 33,300.

Opinion filed June 24, 1929.

K. B. Czarnecki, for appellant. Enright & Enright, for appellee; Charles S. Harvey, of counsel.

Mr. Justice O'Connor delivered the opinion of the court.

Andrew J. Thoma, a minor, by Charles F. Thoma, his father and next friend, plaintiff in error, v. N. J. Druecker Company, defendant in error. Gen. No. 33,361.

Opinion filed June 24, 1929.

John A. Bloomingston, for plaintiff in error. Eugene P. Kealy and Murphy O. Tate, for defendant in error.

Mr. Justice O'Connor delivered the opinion of the court.

W. C. Handley, appellee, v. Theodor Klopp and Bertha Klopp, appellants. Gen. No. 33,296.

Opinion filed June 26, 1929.

William G. Thon, for appellants. John B. King, for appellee.

Mr. Presiding Justice Wilson delivered the opinion of the court.

Louis Feinglass, appellant, v. Maurice Alschuler et al., appellees. Gen. No. 33,323.

Opinion filed June 26, 1929.

Aaron Soble, William Feldman and Abraham Feldman, for appellant. Maurice Alschuler and Julius H. Miner, for certain appellees.

Mr. Presiding Justice Wilson delivered the opinion of the court.